# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WILLIAM JAMES McHENRY,

    Petitioner,

-vs-                                              Case No. 8:13-cv-517-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## **ORDER**

THIS CAUSE is on limited remand from the Eleventh Circuit Court of Appeals for this Court to make a determination whether a certificate of appealability is appropriate for any of the issues that Petitioner seeks to raise on appeal (see Dkt. 25).

## **BACKGROUND**

On February 25, 2013, Petitioner filed a petition for the writ of habeas corpus challenging his 2006 conviction for first-degree murder and life sentence (Dkt. 1). After Respondent filed a response to the petition, and Petitioner filed a reply thereto, the Court denied the petition on August 6, 2013 (Dkt. 17).

On September 3, 2013, Petitioner filed a Motion to Alter or Amend a Judgment pursuant to Rule 59(e), Fed.R.Civ.P. (Dkt. 19), which the Court denied on September 10, 2013 (Dkt. 21). Petitioner appealed, and the Eleventh Circuit remanded for the limited purpose of granting or denying a certificate of appealability with respect to the denial of his Rule 59(e) motion (Dkt. 25).

**DISCUSSION**

Upon review of Petitioner's habeas petition and the Order denying the petition, it is apparent that this Court failed to address Ground One of the petition. Therefore, in light of the holding in *Clisby v. Jones*,[1] this Court is inclined to vacate its Order denying Petitioner's Rule 59(e) motion and grant Petitioner's request that this matter be reopened.

However, if Petitioner desires a favorable ruling from this Court, he must notify the Eleventh Circuit Court of Appeals that he wishes to have a full remand of his case so as to confer jurisdiction on this Court. *See Mahone v. Ray*, 326 F.3d 1176, 1180 (11th Cir. 2003); *Lairsey v. Advance Abrasives Co.*, 542 F.2d 928, 932 (5th Cir. 1976).[2]

ACCORDINGLY, the Court **ORDERS** that if Petitioner wants to seek relief from this Court from the Order denying his Rule 59(e) motion, he shall, within **FIFTEEN (15) DAYS** from the date of this Order, file a motion with the Eleventh Circuit Court of Appeals to remand his case.

**DONE** and **ORDERED** in Tampa, Florida on August 13, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to: *Pro Se* Petitioner
Counsel of Record

---

[1] *Clisby v. Jones*, 960 F.2d 925, 936 (11th Cir. 1992) (instructing "the district courts to resolve all claims for relief raised in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.").

[2] The Eleventh Circuit issued a limited remand and directed this Court to determine whether Petitioner is entitled to a certificate of appealability with respect to the denial of his Rule 59(e) motion (Dkt. 25). The jurisdiction of this Court was therefore limited to acting in the manner directed.

2