UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM JAMES McHENRY,

    Petitioner,

v.                                      Case No: 8:13-cv-517-T-30TGW

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court upon remand from the Eleventh Circuit Court of Appeals (Doc. 28).

On February 25, 2013, McHenry filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2006 Florida-state conviction for first-degree murder and his corresponding life sentence. (Doc. 1). After Respondents filed a response to the petition and McHenry filed a reply thereto, the Court denied the petition on August 6, 2013. (Doc. 17).

On September 3, 2013, McHenry filed a motion to alter or amend a judgment in accordance with Federal Rule of Civil Procedure 59(e). (Doc. 19), which the Court denied on September 10, 2013 (Doc. 21). McHenry appealed the order denying his petition and the order denying his Rule 59(e) motion to alter or amend judgment, and the Eleventh

Circuit remanded for the limited purpose of granting or denying a certificate of appealability with respect to the order denying McHenry's Rule 59(e) motion. (Doc. 25).

Upon review of McHenry's habeas petition for the purpose of determining whether he was entitled to a certificate of appealability, it came to the Court's attention that the Court failed to address Ground 1 of the petition. (Doc. 26). As a result, the Court informed McHenry that it was inclined to vacate the September 10, 2013 Order denying his Rule 59(e) motion and grant McHenry's request that the petition be reopened. However, because the matter was on appeal, the Court informed McHenry that he must notify the Eleventh Circuit Court of Appeals that he wished to have a full remand of his case to confer jurisdiction on this Court. (*Id.*). On October 15, 2014, the Court granted McHenry a certificate of appealability on the issue of whether this Court failed to address Ground 1 of his petition. (Doc. 27).

On December 4, 2013, the Eleventh Circuit Court of Appeals issued an order granting the parties' request to remand the case in full. (Doc. 28).

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. The September 10, 2013 Order denying McHenry's Motion to Alter or Amend a Judgment (Doc. 21) is **VACATED.**

2. McHenry's Motion to Alter or Amend a Judgment (Doc. 19) is **GRANTED.**

      3.      The Clerk of Court shall reopen this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of December, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2013\13-cv-517 McHenry v. Sec'y Dep't of Corr. (TAMPA).docx