UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM JAMES McHENRY,

    Petitioner,

v.                                             Case No: 8:13-cv-517-T-30TGW

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court upon Petitioner William James McHenry's construed notice of appeal and request for a certificate of appealability and for leave to proceed on appeal *in forma pauperis* referred to the Court from the Eleventh Circuit Court of Appeals. (Doc. 33). Petitioner challenges the order of this Court denying his motion pursuant to 28 U.S.C. § 2254. (Doc. 30). However, the Court previously determined that Petitioner was not entitled to a certificate of appealability, and, therefore, was not entitled to proceed on appeal *in forma pauperis*. Petitioner has not presented any meritorious argument that this determination was made in error. Accordingly, the Court's previous determination stands, and McHenry's request for a certificate of appealability and for leave to appeal *in forma pauperis* should be denied.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Petitioner William James McHenry's request for a certificate of appealability and for leave to proceed on appeal *in forma pauperis* (Doc. 33) is DENIED.

2. Petitioner is directed to pay the appellate filing and docketing fees of $505.00.

3. Any future requests for a certificate of appealability or for leave to proceed on appeal *in forma pauperis* should be sent directly to the Eleventh Circuit Court of Appeals pursuant to Federal Rule of Appellate Procedure 24(a)(5).

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of June, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record